**Waymare BILLUPS, Plaintiff–Appellant,**

v.

**Theodis BECK; Boyd Bennett; Ernest Sutton, Defendants–Appellees.**

No. 02–7430.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 20, 2002.

Waymare Billups, Appellant Pro Se.

*ed States Parole Com'n,* 278 F.3d 1306 (D.C.Cir.), *cert. denied,* —— U.S. ——, 123 S.Ct. 515, 154 L.Ed.2d 401 (2002).

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Waymare Billups appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Billups v. Beck,* No. CA 02–628–5–BO (E.D.N.C. Sept. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*